UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13–MC-21121-O'SULLIVAN

IN THE MATTER OF THE

EXTRADITION OF

RUDOLPH OEHLERS
_____/

ORDER

The Court having received the Complaint filed on March 29, 2013, by an Assistant United States Attorney for the Southern District of Florida, for and on behalf of the Government of the Netherlands, pursuant to the request of the Government of the Kingdon of the Netherlands, for the provisional arrest of RUDOLPH OEHLERS, and an affidavit dated April 23, 2013, executed by RUDOLPH OEHLERS and witnessed by his attorney,

And, further, the Court having been advised in open session that RUDOLPH OEHLERS is a fugitive sought by the Government of the Kingdom of the Netherlands; that he is aware that the Government of the Kingdom of the Netherlands has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of the Kingdom of the Netherlands and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that RUDOLPH OEHLERS be committed to the custody of the United States Marshal for the Southern District of Florida pending arrival of the

duly authorized representatives of the Government of the Kingdom of the Netherlands, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his/her arrest and sought by the Government of the Kingdom of the Netherlands, to the custody of such authorized representatives to be transported to the Kingdomof the Netherlands to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of RUDOLPH OEHLERS together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal for the Southern District of Florida and the duly authorized representatives of the Government of the Netherlands.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 23 day of April, 2013.

_____
Honorable John O'Sullivan
United States Magistrate Judge
Southern District of Florida